Grace C. Duncan, CSR
Official Reporter for the 22nd Judicial District Court
Hays, Comal and Caldwell Counties
P.O. Box 2002
Wimberley, TX 78676
(512) 393-7705

August 27, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

In Re:  COA # 03-15-00525-CR**,** Jeremy Teak Palmer v. The State of Texas

Mr. Kyle,

The Reporter's record in the above-mentioned matter was due August 7, 2015.   I received the Notice of Appeal on August 20, 2015.

I have not yet received a written request or payment arrangements for the Reporter's Record from appellate counsel.

Regards,

Grace C. Duncan